Lewis A. ROBINSON, Plaintiff–Appellant,

v.

Jerry DAVIS, Inmate Records; Nurse Hewlitt, Mecklenburg Medical Staff; Lieutenant Nipper, Shift commander, M.C.C.; Major Earley; Ms. Royster, Operation Officer at M.C.C.; Officer Rollston; Officer Loftis, Defendants–Appellees.

No. 02–7128.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Lewis A. Robinson, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Frank Fletcher Rennie, IV, Cowan & Owen, P.C., Richmond, Virginia, for Appellees.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lewis A. Robinson appeals the district court's judgment denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Robinson v. Davis*, No. CA–99–1866 (E.D. Va. Jan.

30, 2002; July 17, 2002). We deny Robinson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*